# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOHN ROBERT DEMOS,

    Plaintiff,

v.

CLARENCE THOMAS, *et al.*,

    Defendants.

Case No. C20-175 RSM

**ORDER OF DISMISSAL**

    The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**;
3. This matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) and standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos*, (W.D. Wash. Dec. 15, 1982); and
4. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 25 day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE